UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE APPLICATION OF THE : | MISC. NO. ____ |
| UNITED STATES OF AMERICA FOR : | 3:19mj883(WIG) |
| AN ORDER PURSUANT TO : | |
| 18 U.S.C. § 2703(d) FOR THE : | **FILED UNDER SEAL** |
| DISCLOSURE OF HISTORICAL CELL SITE : | |
| (i.e. TOWER/SECTOR) INFORMATION : | |
| FOR TELEPHONE NUMBER (203) 414-5499 : | January 10, 2012 |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring AT&T, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court also finds that there is reason to believe that notifying any other person, including the subscribers of the account listed in Attachment A, of the existence of the application of the United States, or the existence of this Order, will seriously jeopardize the ongoing investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that AT&T shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED that AT&T shall not disclose the existence of the application of the United States, or the existence of this Order, to the subscribers of the account listed in Attachment A, or to any other person, unless and until authorized to do so by the Court.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

SO ORDERED this 10 day of January, 2012.

/s/ William I. Garfinkel, USMJ
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

**I.     The Telephone Number**

The Order applies to certain records and information associated with the following telephone number:

(203) 414-5499

**II.    Records and Other Information to Be Disclosed**

AT&T is required to disclose the following records and other information, if available, to the United States for the telephone number listed in Part I of this Attachment (the "Account"), for the time period of December 20, 2011 to January 10, 2012:

- A.  All data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from each cellular telephone or device assigned to the Account; and
- B.  Local and long distance telephone connection records, including incoming and outgoing calls for the above listed time period.